BY THE COURT:

A member of the Court in active service having requested a poll on the petition for rehearing en banc and a majority of the judges in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that this cause shall be reheard by the court en banc with oral argument on a date hereafter to be fixed. The Clerk will specify a briefing schedule for the filing of supplemental briefs.

**John THOMPSON, Plaintiff–Appellee,**

v.

**Harry F. CONNICK, in his official capacity as District Attorney; Eric Dubelier, in his official capacity as Assistant District Attorney; James Williams, in his official capacity as Assistant District Attorney; Eddie Jordan, in his official capacity as Assistant District Attorney; Orleans Parish District Attorney's Office, Defendants–Appellants.**

No. 07–30443.

United States Court of Appeals, Fifth Circuit.

March 11, 2009.

Michael L. Banks, John Gordon Cooney, Jr., Morgan, Lewis & Bockius, Philadelphia, PA, Robert Glass, Glass & Reed, New Orleans, LA, for Plaintiff–Appellee.

William D. Aaron, Jr., Richard A. Goins, Goins Aaron, PLC, New Orleans, LA,

Mark C. Carver, Busch & Myers, LLP, New Orleans, LA, for Defendants–Appellants.

Ralph R. Alexis, III, Porteous, Hainkel & Johnson, New Orleans, LA, Ellis Pete Adams, Jr., La. Dist. Attys Ass'n, Baton Rouge, LA, for Amicus Curiae.

ON PETITION FOR REHEARING AND PETITION FOR REHEARING EN BANC

(Opinion Dec. 19, 2008, 5th Cir., 2008, 553 F.3d 836)

Before JONES, Chief Judge, and KING, JOLLY, DAVIS, SMITH, WIENER, BARKSDALE, GARZA, BENAVIDES, STEWART, CLEMENT, PRADO, OWEN, ELROD, SOUTHWICK and HAYNES, Circuit Judges.[1]

BY THE COURT:

A member of the Court in active service having requested a poll on the petition for rehearing en banc and a majority of the judges in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that this cause shall be reheard by the court en banc with oral argument on a date hereafter to be fixed. The Clerk will specify a briefing schedule for the filing of supplemental briefs.

---

1. Judge Dennis is recused and did not participate in this decision.